UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICKIE CANNON SANCHEZ,

        Plaintiff,

                                             Case Number 06-13471-BC
v.                                          Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,
AND AFFIRMING COMMISSIONER**

This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on December 19, 2007, recommending that Plaintiff Vickie Sanchez's motion for summary judgment be denied, that Defendant Commissioner of Social Security's motion for summary judgment be granted, and that the Commissioner's findings be affirmed. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusion of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #26] is **ADOPTED**, that Plaintiff's motion for summary judgment [dkt #16] is **DENIED**, that Defendant's motion for summary judgment [dkt #25] is **GRANTED**, and that the Commissioner's findings are **AFFIRMED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: January 15, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 15, 2008.

s/Tracy A. Jacobs
TRACY A. JACOBS